1  BROCK & GONZALES, LLP
   D. AARON BROCK (SBN 241919)
2  ab@brockgonzales.com
   CHRISTOPHER P. BRANDES (SBN 282801)
3  cb@brockgonzales.com
   PAUL H. HIRSCH (SBN 327374)
4  ph@brockgonzales.com
   6701 Center Drive West, Suite 610
5  LOS ANGELES, CA 90045
   Telephone:    (310) 294-9595
6
   Attorneys for Plaintiff
7  JORGE BURGOS BARAJAS

8  JACKSON LEWIS P.C.
   ADAM Y. SIEGEL (SBN 238568)
9  adam.siegel@jacksonlewis.com
   725 South Figueroa Street, Suite 2500
10 Los Angeles, California 90017-5408
   Telephone:    (213) 689-0404
11
   JACKSON LEWIS P.C.
12 NOLAN W. KESSLER (SBN 327178)
   nolan.kessler@jacksonlewis.com
13 400 Capitol Mall, Suite 1600
   Sacramento, CA 95814
14 Telephone:    (916) 341-0404

15 Attorneys for Defendants
   ADVANCE STORES COMPANY, INCORPORATED and
16 GOLDEN STATE SUPPLY LLC

17                    UNITED STATES DISTRICT COURT

18                    EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE BURGOS BARAJAS, an individual,<br><br>Plaintiffs<br><br>vs.<br><br>ADVANCE STORES COMPANY, INCORPORATED, a Virginia corporation; GOLDEN STATE SUPPLY LLC, a Nevada limited liability company; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 2:21-cv-02144-TLN-DB<br><br>**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**<br><br><br><br>Complaint Filed: 10.12.21<br>Trial Date:    Not Set |

26 ///

27 ///

28 ///

1

# STIPULATION

Jorge Burgos Barajas ("Plaintiff") and Advance Stores Company, Incorporated and Golden State Supply LLC ("Defendants"), by and through their respective attorneys of record and pursuant to USDC ED CA Local Rules 143 and 144(d) and Federal Rule of Civil Procedure 16(b), hereby stipulate and agree as follows:

**WHEREAS**, on or about November 19, 2021, this Court, pursuant to Federal Rule of Civil Procedure ("FRCP") 16(b), issued a Pretrial Scheduling Order setting the close of fact discovery two hundred forty (240) days from the date upon which the last answer was filed, and setting other case management deadlines based on the date discovery closed (Doc. 2);

**WHEREAS**, the parties have been working diligently towards completing fact discovery as follows.  The parties exchanged written discovery.  The parties are meeting and conferring about dates for the depositions of Plaintiff and defense witnesses.

**WHEREAS**, the parties recently agreed to mediate this case with Judge Jeffrey K. Winikow (Ret.) and are diligently working to schedule said mediation in November 2022.

**WHEREAS**, good cause exists to extend the deadline for fact discovery and all other pre-trial deadlines while the parties attempt to resolve this matter through mediation.  Without this relief, the parties will incur substantial costs and fees for fact discovery while the mediation session is pending.  The parties will also incur the extraordinary expense of retaining experts.  All of these significant costs and fees stand to be avoided if the case settles at mediation.  As the mediation is approximately five months out, the parties request at least a five-month extension of all pre-trial deadlines.  Granting this relief would be the first amendment to the Pretrial Scheduling Order.

**NOW THEREFORE**, the parties, through their respective counsel, jointly propose and stipulate to the following:

///
///
///
///
///

2

STIPULATION AND ORDER TO AMEND SCHEDULING ORDER

Barajas vs. Advance Stores Company, et al.
Case No. cv-02144-TLN-DB

The deadlines in the Pretrial Scheduling Order shall be amended as follows, or set on such other dates the Court determines:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Discovery Cutoff | July 15, 2022 | January 15, 2023 |
| Expert Disclosure | September 13, 2022 | February 13, 2023 |
| Rebuttal Expert Disclosure | October 13, 2022 | March 13, 2023 |
| Joint Notice of Trial Readiness | Within 30 days after receiving the Court's ruling on the last filed dispositive motion. | Within 30 days after receiving the Court's ruling on the last filed dispositive motion. |
| Pre-Trial Conference | TBD | TBD |
| Trial | TBD | TBD |

**IT IS FURTHER STIPULATED AND AGREED** between the parties that all other provisions of the Pretrial Scheduling Order shall remain in effect.  This Stipulation may be signed in counterparts and any facsimile or electronic signature shall be valid as an original signature.

**IT IS SO STIPULATED.**

Dated:  June 16, 2022          BROCK & GONZALES, LLP


                               By:  /s/ *Paul H. Hirsch* (as authorized on 06.16.22)
                                   D. AARON BROCK
                                   CHRISTOPHER P. BRANDES
                                   PAUL H. HIRSCH

                               Attorneys for Plaintiff
                               JORGE BURGOS BARAJAS


Dated:  June 16, 2022          JACKSON LEWIS P.C.

                               By:  /s/ *Nolan W. Kessler*
                                   ADAM Y. SIEGEL
                                   NOLAN W. KESSLER

                               Attorneys for Defendant
                               ADVANCE STORES COMPANY,
                               INCORPORATED and GOLDEN STATE
                               SUPPLY LLC

# ORDER

**FOR GOOD CAUSE SHOWN**, and pursuant to the Stipulation of the parties, the deadlines in the Pretrial Scheduling Order (Doc. 2) are revised as follows; all other provisions of the Pretrial Scheduling Order to remain in effect:

| **Event** | **Current Date** | **New Date** |
| --- | --- | --- |
| Discovery Cutoff | July 15, 2022 | **January 17, 2023** |
| Expert Disclosure | September 13, 2022 | February 13, 2023 |
| Rebuttal Expert Disclosure | October 13, 2022 | March 13, 2023 |
| Joint Notice of Trial Readiness | Within 30 days after receiving the Court's ruling on the last filed dispositive motion. | Within 30 days after receiving the Court's ruling on the last filed dispositive motion. |
| Pre-Trial Conference | TBD | TBD |
| Trial | TBD | TBD |

**IT IS SO ORDERED.**

Dated: June 17, 2022

_____
Troy L. Nunley
United States District Judge